ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 1 7 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:07-CR-190-K (03) |
| | ) | |
| HEBERTO BOCANEGRA | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

HEBERTO BOCANEGRA , by consent, under authority of <u>United States v. Dees</u>, 125 F.3d

261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea

of guilty to the  **Counts 1 & 2 and 4 & 5 of the 6 Count Indictment** filed on June 5, 2007.  After

cautioning and examining the  Defendant  under oath concerning each of the subjects mentioned in

Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense.  I therefore recommend that the plea of guilty and plea agreement be accepted and that

Defendant be adjudged guilty and have sentence imposed accordingly.

**Date:  July 17, 2007.**

PAUL  D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).